## SKINNER v. SPENCER et al. (No. 1204.)

(Court of Civil Appeals of Texas. El Paso. March 17, 1921.)

**Appeal and error ⏆⏆773(4)—No fundamental error appearing, judgment is affirmed in absence of briefs.**

Where no briefs for appellants have been filed, and no fundamental error appears, judgment appealed from will be affirmed.

Appeal from District Court, Comanche County; J. H. Arnold, Judge.

Suit by W. W. Skinner against J. E. Spencer and others. Judgment for defendants, and plaintiff appeals. Affirmed.

Callaway & Callaway, of Comanche, and Carrigan, Montgomery & Britain, of Wichita Falls, for appellant.

L. H. McCrea, of Cisco, Smith & Woodruff and Goodson & Nabors, all of Comanche, and T. J. Arnold, of Houston, for appellees.

HARPER, C. J. Appellant brought this suit against J. E. Spencer to cancel a lease contract. The Spencer Petroleum Company, Frank Cullinan, J. A. Fisher, C. W. Gilliland, and C. E. Scott were made parties defendant. Tried before the court without a jury, and final judgment rendered decreeing that plaintiff take nothing and adjusting the matters in controversy as well as disposing of all parties by final judgment, from which Skinner appealed.

No briefs for appellant have been filed. No fundamental error appearing, the cause is affirmed.